**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X     05 CV 3730 (NG) (LB)
**MUHARREM BALKANLI,**

                **Plaintiff,**

   -against-     **ORDER**

**DAVID V. MARGOLIN; et al,**

                **Defendants.**
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

     Pursuant to an agreement reached by the parties at a conference held before Magistrate Judge Lois Bloom on September 22, 2005, plaintiff, on September 26, 2005, filed a motion to withdraw this action. The unopposed motion is hereby granted. The Clerk of Court is directed to close this case.

                                               **SO ORDERED.**

                                               /S/
                                          **NINA GERSHON**
                                          **United States District Judge**

Dated:    Brooklyn, New York
            September 30, 2005